

**SO ORDERED.**

**SIGNED this 11th day of April, 2011.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

# United States Bankruptcy Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| IN RE | BANKR. CASE NO. |
| MARK R. TRAVIS & APRIL D. TRAVIS | 10-52813-C |
| *DEBTORS* | CHAPTER 7 |
| FIA CARD SERVICES, N.A. (F/K/A/ MBNA AMERICA BANK, N.A.) | |
| *PLAINTIFF* | |
| V. | ADV. NO. 10-5118-C |
| MARK R. TRAVIS | |
| *DEFENDANT* | |

**ERRATA ORDER CORRECTING MEMORANDUM DECISION AND ORDER ON MOTION OF DEFENDANT TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

It is hereby ORDERED that the Memorandum Decision and Order on Motion of Defendant to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Docket No. 12], be amended as follows:

1. Page 3, Line 6 from the bottom stating:

" 'representing an *in terrorem* increment of the settlement value.' A court must retain the ..."

Be corrected to:

" 'representing an *in terrorem* increment of the settlement value.' 550 U.S. at 558 (internal quotations omitted). A court must retain the ..."

2. Page 3, Last Line stating:

"*Id.*, 550 U.S. at 559."

Be corrected to:

"*Id.* at 559.

3. Page 5, Line 7 from the top stating:

"*Mercer* explains that the extension of credit the basis of a plaintiff's cause of action..."

Be corrected to:

"*Mercer* explains that the extension of credit that forms the basis of a plaintiff's cause of action..."

4. Page 5, Line 11 from the top stating:

"debt. *Id.*, at 407-08 (care use representation of intent to pay ...")."

Be corrected to:

"debt. *Id.* at 407-08 (card use representation of intent to pay ...")."

###